IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DARLENE EVELYN SALAZAR,

      Plaintiff,

      v.                        Case. No. 1:24-cv-00600-MLG-JFR

LELAND C. DUDEK, Acting Commissioner,
Social Security Administration,

      Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

United States Magistrate Judge John F. Robbenhaar filed the Proposed Findings and Recommended Disposition ("PFRD") on March 10, 2025. Doc. 22. It recommends that the Court deny Plaintiff's Opposed Motion to Reverse or Remand ("Motion"), Doc. 15. Doc. 22 at 1, 26. The parties were notified of their ability to file objections within fourteen days and that failure to do so waived appellate review. *Id.* at 26. No objections were filed.

The Court finds no reason either in law or fact to depart from Judge Robbenhaar's PFRD and will adopt the conclusions memorialized in it. *Id.* The Court will enter a separate judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore ordered as follows:

1.     Judge Robbenhaar's PFRD, Doc. 22, is adopted in full.

2.     Plaintiff's Motion, Doc. 15, is denied and the Commissioner's determination is affirmed.

                                      UNITED STATES DISTRICT JUDGE
                                      MATTHEW L. GARCIA